IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN RODRIGUEZ, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PPG INDUSTRIES, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00838-WSH-MPK |

### NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE SETTLEMENT, PRELIMINARY CERTIFICATION OF THE PROPOSED CLASSES, AND CONDITIONAL CERTIFICATION OF THE FLSA COLLECTIVE

**PLEASE TAKE NOTICE** that upon the Declaration of Jeffrey A. Klafter, dated December 10, 2024, together with the exhibits annexed thereto; and the accompanying memorandum of law, Plaintiffs, by and through their undersigned counsel, shall jointly move this Court, on a date to be determined by the Court, for an Order (1) to preliminarily certify the proposed Rule 23 Classes under Federal Rule of Civil Procedure 23(b)(3); (2) to conditionally certify the proposed FLSA Kronos Collective under 29 U.S.C. § 216(b) for purposes of settlement only; (3) to preliminarily approve the Settlement Agreement as to the Rule 23 Class Members; (4) to preliminarily approve the Settlement Agreement as to the FLSA Kronos Collective Members; (5) to authorize sending notice of the settlement to the Rule 23 Class Members and FLSA Kronos Collective Members, and (6) to set a date for a hearing to consider final certification of the Rule 23 Classes and final approval of the settlement described in the Agreement. Named Plaintiffs shall also seek their appointment to serve as Class/Collective Representatives, the appointment of the undersigned counsel to serve as Class Counsel for the

Rule 23 Classes and FLSA Kronos Collective, and approval of RG/2 Claims Administration ("RG/2") to serve as the Settlement Administrator.

| | |
|---|---|
| Dated: Rye Brook, NY<br>December 10, 2024 | KLAFTER LESSER, LLP<br><br>By: *s/ Jeffrey A. Klafter*<br>Jeffrey A. Klafter<br>Seth R. Lesser<br>Christopher M. Timmel<br>KLAFTER LESSER LLP<br>Two International Drive, Suite 350<br>Rye Brook, New York 10573<br>Telephone: (914) 934-9200<br>Email: jak@klafterlesser.com<br>Email: seth@klafterlesser.com<br>Email: christopher.timmel@klafterlesser.com<br><br>Joseph F. Scott<br>Ryan A. Winters<br>SCOTT & WINTERS LAW FIRM, LLC<br>P: (216) 912-2221  F: (440) 846-1625<br>50 Public Square, Suite 1900<br>Cleveland, OH 44113<br>jscott@ohiowagelayers.com<br>rwinters@ohiowagelawyers.com<br><br>Kevin M. McDermott II<br>SCOTT & WINTERS LAW FIRM, LLC<br>Telephone: (216) 912-2221<br>11925 Pearl Rd., Suite 310<br>Strongsville, Ohio 44136<br>kmcdermott@ohiowagelawyers.com<br><br>*Attorneys for Plaintiffs* |