### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN RODRIGUEZ, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PPG INDUSTRIES, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00838-WSH-MPK |

### NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE SETTLEMENT, FINAL CERTIFICATION OF THE PROPOSED CLASSES, AND FINAL CERTIFICATION OF THE FLSA COLLECTIVE

**PLEASE TAKE NOTICE** that upon the Declaration of Jeffrey A. Klafter (dated April 9, 2025), the Declaration of Dana Boub (dated April 8, 2025), and the accompanying memorandum of law, Plaintiffs, by and through their undersigned counsel, shall jointly move this Court, at the Fairness Hearing scheduled by the Court for April 23, 2025, for entry of a Final Approval Order (1) granting final certification of the proposed Rule 23 Classes under Federal Rule of Civil Procedure 23(b)(3) (for purposes of settlement only); (2) granting final certification of the proposed FLSA Kronos Collective under 29 U.S.C. § 216(b) (for purposes of settlement only); (3) granting final approval of the Settlement Agreement as to the Rule 23 Class Members; (4) granting final approval of the Settlement Agreement as to the FLSA Kronos Collective Members.

The proposed Final Approval Order agreed to by the parties is attached hereto as Exhibit A.[1]

Dated: Rye Brook, NY
April 9, 2025

KLAFTER LESSER, LLP

*/s/ Jeffrey Klafter*
_____
Jeffrey A. Klafter (NY 1662428)*
Seth R. Lesser (NY 2265585)*
Christopher M. Timmel (NY 4535258)*
KLAFTER LESSER LLP
Two International Drive, Suite 350
Rye Brook, New York 10573
Telephone: (914) 934-9200
Email: jak@klafterlesser.com
Email: seth@klafterlesser.com
Email: christopher.timmel@klafterlesser.com

Joseph F. Scott (OH 0029780)*
Ryan A. Winters (OH 0086917)*
Kevin M. McDermott II (OH 0090455)
SCOTT & WINTERS LAW FIRM, LLC
P: (216) 912-2221  F: (440) 846-1625
11925 Pearl Rd., Suite 308
Strongsville, Ohio 44136
Email: jscott@ohiowagelayers.com
Email: rwinters@ohiowagelawyers.com
Email: kmcdermott@ohiowagelawyers.com

*Attorneys for Plaintiffs and the Class and Collective Members*

* admitted *pro hac vice*

---

[1] The Proposed Final Approval Order is in substantially the form attached as Exhibit B to the Settlement Agreement, previously submitted to the Court with its motion for preliminary approval (*see* ECF No. 91-2 at 47). Plaintiffs will also submit a copy of the Proposed Final Approval Order in Microsoft Word format to the Court via email.